# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JONETTA BROOKS, § | |
| § | |
| Plaintiff, § | Civil Action No.: 3:16-cv-01938-M |
| § | |
| v. § | |
| § | |
| MEDICREDIT, INC., § | |
| § | |
| § | |
| Defendant. § | |

## PLAINTIFF'S MOTION TO VOLUNTARY DISMISS HER COMPLAINT PURSUANT TO F.R.C.P. 41(a)(2)

Plaintiff, Jonetta Brooks ("Plaintiff"), through her counsel, Kimmel & Silverman, P.C., brings this motion requesting the court voluntarily dismiss her Complaint with prejudice, each side to bear its own costs, pursuant to F.R.CP. 41(a)(2). Plaintiff has conferred with Defendant and Defendant does not consent to this request.

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff wishes to dismiss this case with prejudice and requests that the Court grant her request.

                                        RESPECTFULLY SUBMITTED,

DATED: January 20, 2017        KIMMEL & SILVERMAN, P.C.

                                        /s/ Amy Lynn Bennecoff Ginsburg
                                        Amy Lynn Bennecoff Ginsburg, Esq.
                                        Bar No. 202745PA
                                        30 E. Butler Avenue
                                        Ambler, PA 19002
                                        Tel: 215-540-8888
                                        Fax: 215-540-8817
                                        Email: aginsburg@creditlaw.com
                                        Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

    I certify that on January 20, 2017, I filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas via ECF, which will effect service on all counsel of record.


DATED:  January 20, 2017        KIMMEL & SILVERMAN, P.C.

                                           /s/ Amy Lynn Bennecoff Ginsburg
                                          Amy Lynn Bennecoff Ginsburg, Esq.
                                          Bar No. 202745PA
                                          30 E. Butler Avenue
                                          Ambler, PA 19002
                                          Tel: 215-540-8888
                                          Fax: 215-540-8817
                                          Email: aginsburg@creditlaw.com
                                          Attorney for the Plaintiff