**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **JONETTA BROOKS,** § | |
| Plaintiff, § | |
| § | Civil Action No. 3:16-cv-01938-M |
| v. § | |
| § | |
| **MEDICREDIT, INC.,** § | |
| § | |
| Defendant. § | |
| § | |
| § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of this action with prejudice and without cost to either party.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy William Hays* | */s/ Amy L. Bennecoff Ginsburg* |
| Jeremy William Hays, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Texas Bar No. 24083156 | Kimmel & Silverman, P.C. |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | 30 East Butler Pike |
| | Ambler, PA 19002 |
| 8117 Preston Road | Phone: (215) 540-8888 |
| Suite 500 | Fax: (877) 788-2864 |
| Dallas, TX 75225 | Email: aginsburg@creditlaw.com |
| Phone: 214-313-2807 | |
| Fax: 214-987-3927 | **ATTORNEY FOR PLAINTIFF** |
| Email: jeremy.hays@ogletreedeakins.com | |

**ATTORNEY FOR DEFENDANT**

Date: <u>January 24, 2017</u>

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 24th day of January, 2017:

Jeremy William Hays, Esq.
Ogletree Deakins Nash Smoak & Stewart PC
8117 Preston Road
Suite 500
Dallas, TX 75225
Phone: 214-313-2807
Fax: 214-987-3927
Email: jeremy.hays@ogletreedeakins.com

Jamie Nauman Cotter, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203
Phone:303-839-3800
Fax: 303-839-3838
Email: jcotter@spencerfane.com

                                                    */s/ Amy L. Bennecoff Ginsburg*
                                                    Amy L. Bennecoff Ginsburg, Esq.
                                                    Kimmel & Silverman, P.C.
                                                    30 East Butler Pike
                                                    Ambler, PA 19002
                                                    Phone: (215) 540-8888
                                                    Fax: (877) 788-2864
                                                    Email: aginsburg@creditlaw.com

                                                    **ATTORNEY FOR PLAINTIFF**